David WATTLETON, Plaintiff, Appellant,

v.

UNITED STATES DEPARTMENT OF PROBATION, et al., Defendants, Appellees.

No. 06–2360.

United States Court of Appeals, First Circuit.

May 15, 2007.

David Wattleton on brief pro se.

Gregg Shapiro, Assistant United States Attorney, and Michael J. Sullivan, United States Attorney, on brief for appellees.

Before TORRUELLA, Circuit Judge, SELYA, Senior Circuit Judge, and LYNCH, Circuit Judge.

PER CURIAM.

After carefully considering the briefs and record on appeal, we *affirm* the judgment below.

District courts are empowered to dismiss suits when plaintiffs defy court orders. *Angulo–Alvarez v. Aponte de la Torre*, 170 F.3d 246 (1st Cir.1999); *HMG Prop. Investors, Inc. v. Parque Indus. Rio Canas, Inc.*, 847 F.2d 908 (1st Cir.1988). The appellant makes no showing that the court abused its discretion in dismissing his action.

The appellant's argument that civilly committed inmates are not prisoners for certain purposes is beside the point. Moreover, the appellant fails adequately to address the district court's reasoning that § 1915(a)(1) has been held to require everyone seeking *in forma pauperis* status to disclose their assets.

*Affirmed.* *See* 1st Cir. R. 27.0(c).